1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HEATHER FIELD,<br><br>                    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; FOX CORPORATION; MERCER HEALTH & BENEFITS ADMINISTRATION LLC; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 2:23-cv-04233-PA-BFM<br><br>Action Filed: May 31, 2023<br><br>Trial Date: Not Set<br><br>**ORDER RE PLAINTIFF HEATHER FIELD'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>[Filed Concurrently With:<br>- Plaintiff's Response to the Court's Order to Show Cause re Dismissal] |

Case No.: 2:23-cv-04233-PA-BFM



The Court, after having reviewed Plaintiff Heather Field's Response to the Court's Order to Show Cause re Dismissal,

The Court finds that Plaintiff's response to the OSC is inadequate. Plaintiff is ordered to to show cause on or before September 19, 2023 why this action should not be dismissed for lack of prosecution. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to, dismiss of this action. The filing of a dismissal of the action, a responsive pleading by defendants, or the parties appearance, in-person or telephonically, to place the settlement on the record will be deemed an adequate response to the OSC. The parties may contact the deputy clerk of the court to calendar the appearance.

Dated: September 6, 2023

_____
Percy Anderson
United States District Judge

Submitted by:

Dated: September 5, 2023

**McKENNON LAW GROUP PC**

By: _____
ROBERT J. McKENNON
NICHOLAS A. WEST
Attorneys for Plaintiff, Heather Field

-1-

Case No.: 2:23-cv-04233-PA-BFM